

**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax

**Andrew Levander**
*Partner*

Andrew.Levander@dechert.com
+1 212 698 3683 Direct
+1 212 698 0483 Fax

March 19, 2026

**VIA ELECTRONIC FILING**

Anastasia Dubrovsky
Clerk of Court
United States Court of Appeals For the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  *PerkinElmer Health Sciences, Inc. v. LabQ Clinical Diagnostics, LLC*, Case No. 25-1989

Dear Ms. Dubrovsky,

On behalf of the appellant LabQ Clinical Diagnostics, LLC ("LabQ"), we write pursuant to the Court's Order dated October 17, 2025, which directs appellant to provide the Court with a status report regarding the post-judgment motion filed in the district court by appellee PerkinElmer Health Sciences ("PerkinElmer"). PerkinElmer's motion to correct, alter, or amend the district court's judgment remains pending before the district court. Accordingly, it is premature for appellant to take a position on whether it intends to file a notice of appeal or amended notice of appeal from the district court's post-judgment order.

In accordance with the Court's order, appellant will provide the Court with a further update on or before April 17, 2026.

Respectfully submitted,

*/s/ Andrew Levander*

Andrew Levander

Cc: All counsel of record